**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-17 (WLS-TQL) |
| | : | |
| JEFFERSON ALFREDO | : | |
| MAJIAS-NORIEGA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Government and Defendant Jefferson Alredo Majias-Noreiga ("Defendant") Joint Motion to Continue ("the Motion") (Doc. 77). The Court construes the moving Parties ask the Court to continue the trial and the pre-trial conference in the above-captioned case from the November 2024 trial tern to the February 2025 trial term.[1] Counsel contends such a continuance is warranted because the Court has continued the trial of Defendant Matos-Guitierrez's trial to the February 2025 term and no motion to sever has been filed or granted.

For the stated reasons and the fact that the Government does not oppose, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 73) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the February 2025 Valdosta Division trial term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. §

---

[1] The moving Parties do not specify the time they would like to continue the trial to, only that they would like the pretrial conference to be continued to a date closer to the February 2025 trial term. As such, the Court construes the moving Parties as asking the Court to also continue the trial to the February 2025 trial term and its conclusion. If either moving Party disagrees disagrees with the Court's interpretation and conclusion, that party shall immediately file a written statement stating the same and the reasons why.

3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 4th day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**